UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAGMOHAN SINGH and MARIANA PARMAR,<br><br>Plaintiffs,<br><br>v.<br><br>ROBERT WILKINSON, et al.,<br><br>Defendants. | No. 1:21-cv-00133-NONE-SKO<br><br>ORDER DIRECTING THE CLERK OF COURT TO ASSIGN A DISTRICT JUDGE TO THIS MATTER AND CLOSE THE CASE<br><br>(Doc. 10) |

On April 15, 2021, Plaintiffs filed a notice voluntarily dismissing their case pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure. (Doc. 10.)

In relevant part, Rule 41(a)(1)(A) provides as follows:

> [A] plaintiff may dismiss an action without a court order by filing: (i) a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment; or (ii) a stipulation of dismissal signed by all parties who have appeared.

Fed. R. Civ. P. 41(a)(1)(A). Rule 41(a)(1)(B) provides further that "[u]nless the notice or stipulation states otherwise, the dismissal is without prejudice." Fed. R. Civ. P. 41(a)(1)(B).

Plaintiffs filed their voluntary dismissal before any opposing party served either an answer or a motion for summary judgment. As such, Plaintiffs have voluntarily dismissed this matter without prejudice pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(i) and (1)(B).

1  The Court therefore DIRECTS the Clerk of Court to assign a district judge to this matter
2  and thereafter close this case.

3
4  IT IS SO ORDERED.

5  Dated:  **April 19, 2021**                              /s/ *Sheila K. Oberto*
6                                                                 UNITED STATES MAGISTRATE JUDGE